**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Debra Dickinson, as parent and natural guardian of B.D., a minor on behalf of the heirs-at-law of Jess Douty, Sr., | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Northwest Colorado Transport, LLC, | ) ) | Case No. 1:14-cv-116 |
| Defendant. | ) | |

Before the court is a motion for attorney William C. Hopkins to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney William C. Hopkins has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 5) is **GRANTED**. Attorney William C. Hopkins is admitted to practice before this court in the above-entitled action on plaintiffs' behalf.

**IT IS SO ORDERED.**

Dated this 1st day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge